NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

CHARLES A. BROWN,                    )
                                     )
          Appellant,                 )
                                     )
v.                                   )          Case No. 2D18-815
                                     )
STATE OF FLORIDA,                    )
                                     )
          Appellee.                  )
_____)

Opinion filed August 22, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Manatee County; Charles Sniffen,
Judge.

PER CURIAM.

          Affirmed.  See Robinson v. State, 37 So. 3d 921 (Fla. 2d DCA 2010);

Steward v. State, 931 So. 2d 133 (Fla. 2d DCA 2006); Coke v. State, 955 So. 2d 1216

(Fla. 4th DCA 2007).

BLACK, SALARIO, and BADALAMENTI, JJ., Concur.